PROB 12A
(5/00)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | Christopher Jones | Case Number: 4:03CR00019-001 |
| Name of Sentencing Judge: | The Honorable Lee H. Rosenthal | |
| Date of Original Sentence: | September 18, 2003 | |
| Original Offense: | Felon in possession of a firearm; in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2) | |
| Original Sentence: | 80 months imprisonment; three years supervised release; special assessment $50.00. Special condition: drug aftercare; participate in a vocational training program | |
| Type of Supervision: | Supervised Release | Supervision Started: July 16, 2008 |

### EARLIER COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **DRUG POSSESSION/USAGE (MANDATORY CONDITION):** On June 5, 2009, Christopher Jones reported to the U.S. Probation Office and submitted a urine specimen. The specimen tested positive for cocaine, a controlled substance. |

**U.S. Probation Officer Action:**

Mr. Jones completed an out-patient drug aftercare treatment program in October 2008. His drug aftercare special condition was reactivated on June 9, 2009, after he tested positive for cocaine on June 5, 2009. He was referred to the out-patient treatment program at Career and Recovery Resources Inc., Houston, Texas where he is currently receiving out-patient drug aftercare treatment.

RE: Christopher Jones
Case Number: 4:03CR00019-001
Page 2

Mr. Jones admitted to the illicit use of cocaine on or about June 5, 2009, expressed remorse, and has asked the Court to take no adverse action relative to his non compliance. It is respectfully recommended that the Court reserve the right to consider this violation if further non compliance behavior continues. Mr. Jones has approximately 24 months remaining on supervised release and his actions will continue to be closely monitored.

Approved:                                                    Respectfully submitted:

_____          by        _____
Michael G. Oliveri, Supervising                Danny Morgan
U.S. Probation Officer                          U.S. Probation Officer
                                                July 7, 2009

[✓]   Court Concurs with Recommended Action

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other _____

_____
Lee H. Rosenthal
U.S. District Judge

July 9, 2009
Date