PROB 12A
(5/00)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | Christopher Jones | Case Number: 4:03CR00019-001 |
| Name of Sentencing Judge: | The Honorable Lee H. Rosenthal | |
| Date of Original Sentence: | September 18, 2003 | |
| Original Offense: | Felon in possession of a firearm; in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2) | |
| Original Sentence: | 80 months imprisonment; three years supervised release; special assessment $50.00. Special condition: drug aftercare; participate in a vocational training program | |
| Type of Supervision: | Supervised Release | Supervision Started: July 16, 2008 |

## EARLIER COURT ACTION

July 9, 2009: The Court took no action as to a petition alleging Mr. Jones provided a urine specimen to his treatment program on September 17, 2009, which tested positive for cocaine. The Court allowed the defendant to resume substance abuse treatment.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **DRUG POSSESSION/USAGE (MANDATORY CONDITION):** On September 17, 2009, Christopher Jones submitted a urine specimen to his drug treatment agency, Career and Recovery Treatment Facility in Houston, Texas. The specimen tested positive for cocaine. The Regional Drug Testing Laboratory in San Antonio, Texas conducted an analysis and confirmed the test results were positive for cocaine, a controlled substance. |

RE: Christopher Jones
Case Number: 4:03CR00019-001
Page 2

**U.S. Probation Officer Action:**

Mr. Jones admitted to the illicit use of cocaine on or about September 17, 2009, expressed remorse, and has asked the Court to take no adverse action relative to his non compliance. It is respectfully recommended that the Court reserve the right to consider this violation if further non compliance behavior continues. Mr. Jones has approximately 20 months remaining on supervised release and his actions will continue to be closely monitored.

Approved:                                                                 Respectfully submitted:

*Joe Flores*                                    by            *Norma Petruzzi*

Joe Flores, Supervising                                            Norma H. Petruzzi
U.S. Probation Officer                                             U.S. Probation Officer
                                                                            November 24, 2009

[✓]   Court Concurs with Recommended Action

[ ]    Submit a Request for Modifying the Conditions or Term of Supervision

[ ]    Submit a Request for Warrant or Summons

[ ]    Other _____

*Lee H. Rosenthal*

Lee H. Rosenthal
U.S. District Judge

11/30/09
Date